```
                   IN THE UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF GEORGIA
                            ATHENS DIVISION
```

PONEIL CARRUTH,                         *

       Petitioner,                 *

vs.                                     *
                                           CASE NO. 3:06-CV-22(CDL)
HUGH SMITH, Warden,                     *

       Respondant.                 *

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on October 24, 2006, is hereby approved, adopted, and made the Order of the Court.  The Court has also reviewed Petitioner's Motion for De Novo Review, which it construes as an objection to the Magistrate Judge's recommendation, and finds those objections to be without merit.

IT IS SO ORDERED, this 16th day of November, 2006.

                                                    S/Clay D. Land
                                                        CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE